```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SHAWN RIGHTSELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3070 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL MEAT SOLUTIONS | ) | ORDER |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's unopposed oral motion to reschedule the telephone planning conference is granted and the telephone planning conference is rescheduled from August 7 to **August 10, 2006 at 1:30 p.m.** Plaintiff's counsel shall initiate the call.

DATED this 22nd day of May, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge