IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAWN RIGHTSELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3070 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL MEAT SOLUTIONS, | ) | ORDER |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The parties' joint motion for continuance, filing 9, is granted, and

1.  Non-jury trial is continued to 9:00 a.m., February 12, 2007 for a duration of three trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as trials on the North Platte docket.

2.  The pretrial conference will be held January 25, 2007 at 11:00 a.m. before the undersigned magistrate judge.

3.  The deposition deadline is continued to December 28, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4.  All other provisions of the court's order setting this case for trial shall remain in effect.

5.  Counsel's report to the court on mediation pursuant to paragraph 12 of the progression order (filing 8) shall be made to the court no later than December 29, 2006.

DATED this 27th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge