```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SHAWN RIGHTSELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3070 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL MEAT SOLUTIONS CORPORATION, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1.  The parties' joint motion for continuance, filing 11, is granted in part and the non-jury trial of this matter is continued to 9:00 a.m., February 26, 2007, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as <u>Clark v. J.C. Penney</u>, 8:06cv313; <u>Summit v. Bugbee</u>, 4:05cv3256; and <u>Johnson v. K.C. Life</u>, 4:05cv3280.

2.  In all other respects the motion is denied.

DATED this 3rd day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge