IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHAWN RIGHTSELL,                    )
                                    )
              Plaintiff,            )           4:06CV3070
                                    )
        v.                          )
                                    )
CARGILL MEAT SOLUTIONS              )              ORDER
CORPORATION,                        )
                                    )
              Defendant.            )
_____           )


     IT IS ORDERED:

     Plaintiff's unopposed oral motion to reschedule the pretrial
conference is granted.  The pretrial conference is continued from
January 25 to February 9, 2007 at 10:00 a.m. before the
undersigned magistrate judge in chambers, 566 Federal Building,
100 Centennial Mall North, Lincoln, Nebraska.

     DATED this 4th day of January, 2007.

                         BY THE COURT:


                         s/ David L. Piester
                         David L. Piester
                         United States Magistrate Judge