IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN RIGHTSELL, | ) |
| Plaintiff, | ) 4:06CV3070 |
| v. | ) |
| CARGILL MEAT SOLUTIONS, Corporation, | ) ORDER |
| Defendant. | ) |

Upon the filing of the consent and order of reference of this case to the undersigned and the parties' motion for continuance,

IT IS ORDERED:

1. The parties' joint motion for continuance, filing 21, is granted.

2. The pretrial conference is continued from February 9 to March 28, 2007 at 10:00 a.m.

3. Jury trial is continued to 9:00 a.m., April 16, 2007 for a duration of three trial days before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

DATED this 6th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge