FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 FEB -5  PM 4: 13

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN RIGHTSELL,<br><br>                Plaintiff,<br><br>v.<br><br>CARGILL MEAT SOLUTIONS CORPORATION,<br><br>                Defendant. | CASE NO. 4:06-cv-03070 RGK DLP<br><br>**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE AND ORDER OF REFERENCE** |

## CONSENT TO EXERCISE OF JURISDICTION BY A
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States Court of Appeals for the Eighth Circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| /s/ | For Plaintiff Shawn Rightsell | 2/5/07 |
| /s/ | For Defendant Cargill Meat Solutions Corporation | 2/2/07 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable David L. Piester, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

2/5/07
Date

/s/
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.