IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAWN RIGHTSELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3070 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL MEAT SOLUTIONS, Corporation, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Paragraph 3 of the order of February 6, 2007 (filing 22) is amended as follows to reflect that the trial is a non-jury trial:

3.  **Non-jury** trial is continued to 9:00 a.m., April 16, 2007 for a duration of three trial days before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 8th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge